UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT KNOXVILLE

| | |
|---|---|
| **BRAUN CONSTRUCTION SERVICES, INC.**, | ) |
| *Plaintiff*, | ) |
| v. | ) No. 3:05-cv-129 |
| **RICHARD'S RESTORATION, INC.**, **AAA WATER MOLD REMEDIATION, INC.**, and **DANIEL RICHARDS**, | ) |
| *Defendants.* | ) |

## DEFAULT JUDGMENT

THIS MATTER CAME BEFORE THE COURT upon the motion of the Plaintiff, Braun Construction Services, Inc. ("BCS"), for the entry of a judgment by default against the Defendants, Richard's Restoration, Inc., AAA Water Mold Remediation, Inc., and Daniel Richards. The Court, having reviewed the motion and the affidavit submitted therewith, and the record, and finding that it has jurisdiction over this matter and over the Defendants; that service of process upon the Defendants was sufficient and proper; that the Defendants, AAA Water Mold Remediation, Inc., and Daniel Richards failed to plead or otherwise defend as required by law; that the answer and cross-claim of the Defendant, Richard's Restoration, Inc., have been duly stricken; and that BCS is entitled to a judgment by default against the Defendants in an amount of $453,831.70 (consisting of the principal amount of $391,863.58, and prejudgment interest in the amount of $61,968.12), it is accordingly

**ORDERED, ADJUDGED** and **DECREED** that a judgment by default is hereby entered in favor of BRAUN CONSTRUCTION SERVICES, INC., against the Defendants, RICHARD'S RESTORATION, INC., AAA WATER MOLD REMEDIATION, INC., and DANIEL RICHARDS, jointly and severally, in the total

amount of **$453,831.70**.  Post-judgment interest will accrue at the rate authorized by law from the date of the entry of this Default Judgment.  Costs are taxed against the Defendants, Richard's Restoration, Inc., AAA Water Mold Remediation, Inc., and Daniel Richards, for which let execution issue if necessary.

             _____s/ James H. Jarvis_____
             UNITED STATES DISTRICT JUDGE